# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GERTRUDE RUDIAK, an individual; and JOHN M. RENTCHLER as trustee for the GEORGE RUDIAK REVOCABLE LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH MATSUMARA, an individual; DOES 1 through 5 and ROE corporations and organizations 1 through 5,<br><br>Defendants. | Case No.: 2:18-cv-02364-RFB-GWF<br><br>**ORDER** |

Before the Court is Defendant Kenneth Matsumura's Motion to Extend Discovery Cut Off (ECF No. 48). The Court has considered Defendant's Motion, Plaintiffs' Response (ECF No. 49), and Defendant's Reply (ECF No. 50). The Court finds as follows.

A review of the issues in this case, with which the Court is very familiar, establish a reasonable basis for a short continuation of the discovery deadlines to allow Defendant the opportunity to complete discovery identified in his Motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend Discovery is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the discovery period shall be extended for a period of 60 days, measured from the date of this Order, for the sole purposes of allowing Defendant to take the depositions of trustee John Rentchler and Richard Rudiak.

IT IS FURTHER ORDERED that except as expressly stated herein, Defendant's Motion to Extend Discovery is denied.

DATED: March 13, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1