**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GERTRUDE RUDIAK, an individual; and JOHN M. RENTCHLER as trustee for the GEORGE RUDIAK REVOCABLE LIVING TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>KENNETH MATSUMARA, an individual; DOES 1 through 5 and ROE corporations and organizations 1 through 5,<br><br>        Defendants. | Case No.: 2:18-cv-02364-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Substitute Trustee as Plaintiff Pursuant to Fed. R. Civ. P. 25(a) and Remove[] Deceased Plaintiff. ECF No. 83. No timely response to this Motion was filed. Under United States District Court for the District of Nevada Local Rule 7-2(d), the Court may treat a failure to oppose a motion as consent to granting of a motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Substitute Trustee as Plaintiff Pursuant to Fed. R. Civ. P. 25(a) and Remove[] Deceased Plaintiff (ECF No. 83) is GRANTED.

IT IS FURTHER ORDERED that First Foundation Bank as Trustee of the George Rudiak Survivor's Trust, successor to the George Rudiak Revocable Living Trust, shall be substituted in place of John M. Rentchler as trustee for the George Rudiak Revocable Living Trust.

IT IS FURTHER ORDERED that Gertrude Rudiak shall be removed as Plaintiff due to her death.

IT IS FURTHER ORDERED that the caption of this matter may, in the future, reflect these changes.

DATED THIS 25th day of January, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1