TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: trichards@sagebrushlawyers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST FOUNDATION BANK,<br><br>           Plaintiff,<br>vs<br><br>KENNETH MATSUMURA,<br><br>           Defendant. | CASE NO.: 2:18-cv-02364-RFB-EJY<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, FIRST FOUNDATION BANK, and Defendant, KENNETH MATSUMURA, by and through their undersigned counsel, that the above-entitled matter be dismissed with prejudice, each party to bear its/her own attorneys' fees and costs.

Respectfully Submitted this 29th day of June, 2023.

_____
TRENT L. RICHARDS, ESQ.
**SAGEBRUSH LAWYERS**
112 S. Water Street, Suite 104
Henderson, Nevada 89015
Phone: (702) 800-7634
Fax: (702) 800-7635
Email: trichards@sagebrushlawyers.com
*Attorneys for Plaintiff*

/s/ Linn E. Gillen, Esq.
_____
Patricia A. Marr, Esq.
Nevada State Bar No. 8846
PATRICIA A. MARR, LLC
2470 St. Rose Parkway, Ste. 110
Henderson, Nevada 89074
(702) 353-4225 (telephone)
(702) 912-0088 (facsimile)
patricia@marrlawlv.com

- 1 -

| | | |
|---|---|---|
| 1 | IT IS SO ORDERED: | Linn E. Gillen, Esq. |
| 2 | | New Mexico State Bar No. 154717 |
| | | California State Bar No. 248923 |
| 3 | | Pro Hac Vice |
| | | 5913 Colfax Pl NE |
| 4 | _____ | Rio Rancho, NM 87144 |
| | RICHARD F. BOULWARE, II | Telephone: (707) 363-7823 |
| 5 | UNITED STATES DISTRICT JUDGE | linngillenlegal@gmail.com |

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of July, 2023.

*Attorneys for Defendant*